UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:
**Connie Ann Cummings**
S.S. No.: xxx-xx-1879
Mailing Address: 14 Kandes Court, Durham, NC 27713-

Case No. 10-82119

Debtor.

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor has filed for relief under Chapter 13 of the United States Bankruptcy Code on November 19, 2010.

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay, you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

Attached is a copy of the Debtor's proposed Chapter 13 Plan consisting of 2 documents entitled: (1) Chapter 13 Plan and (2) Ch. 13 Plan - Debts Sheet (Middle). This is the same Plan that has already been filed with the Court.

Dated: December 17, 2010

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

/s John T. Orcutt
---
John T. Orcutt
N.C. State Bar No. 10212
Counsel for the Debtor
6616-203 Six Forks Rd.
Raleigh, N.C. 27615
Tel. No. (919) 847-9750

circular.wpt (rev. 5/17/09)

# CH. 13 PLAN - DEBTS SHEET
## (MIDDLE DISTRICT - DESARDI VERSION)

| Date: | 9/28/10 |
|---|---|
| Lastname-SS#: | Cummings-1879 |

### RETAIN COLLATERAL & PAY DIRECT OUTSIDE PLAN

| Creditor Name | Sch D # | Description of Collateral |
|---|---|---|
| Group Financial | | Microscope |
| US Cellular | | Cell Phone |
| Ticon Properties | | Office Lease |
| Joel USA, Inc. | | Equipment Lease |
| | | |

### SURRENDER COLLATERAL

| Creditor Name | Description of Collateral |
|---|---|
| Green Tree | Mobile Home |
| | |
| | |
| | |
| | |

### ARREARAGE CLAIMS

| Creditor Name | Sch D # | Arrearage Amount | (See †) |
|---|---|---|---|
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| | | | ** |
| Wells Fargo | 1 | $8,835 | ** |
| | | | ** |
| | | | ** |
| | | | ** |

### REJECTED EXECUTORY CONTRACTS/LEASES

| Creditor Name | Description of Collateral |
|---|---|
| Ladco Leasing | Business Equipment |
| Olympus America | Business Equipment |
| | |
| | |
| | |

### LTD - DOT ON PRINCIPAL RESIDENCE & OTHER LONG TERM DEBTS

| Creditor Name | Sch D # | Monthly Contract Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Wells Fargo | 1 | $1,767 | N/A | n/a | $1,767.00 | House and Land |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |
| | | | N/A | n/a | | |

### STD - SECURED DEBTS @ FMV

| Creditor Name | Sch D # | FMV | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| Greentree | 1 | $0 | 5.00 | $0 | $0.00 | House and Land |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### STD - SECURED DEBTS @ 100%

| Creditor Name | Sch D # | Payoff Amount | Int. Rate | Adequate Protection | Minimum Equal Payment | Description of Collateral |
|---|---|---|---|---|---|---|
| GMAC | 7 | $16,567 | 5.00 | $150 | $345.17 | 2010 Chevrolet Cobalt |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |
| | | | 5.00 | | | |

### ATTORNEY FEE (Unpaid part)

| | Amount |
|---|---|
| Law Offices of John T. Orcutt, P.C. | $2,800 |

### SECURED TAXES

| | Secured Amt |
|---|---|
| IRS Tax Liens | |
| Real Property Taxes on Retained Realty | |

### UNSECURED PRIORITY DEBTS

| | Amount |
|---|---|
| IRS Taxes | $726 |
| State Taxes | |
| Personal Property Taxes | $5,876 |
| Alimony or Child Support Arrearage | |

### CO-SIGN PROTECT (Pay 100%)

| | Int.% | Payoff Amt |
|---|---|---|
| All Co-Sign Protect Debts (See*) | | |

### GENERAL NON-PRIORITY UNSECURED

| | | Amount** |
|---|---|---|
| DMI= | None($0) | None($0) |

### PROPOSED CHAPTER 13 PLAN PAYMENT

$ $2,527 per month for 60 months, then

$ N/A per month for N/A months.

Adequate Protection Payment Period: 1.70 months.

Sch D # = The number of the secued debt as listed on Schedule D.
Adequate Protection = Monthly 'Adequate Protection' payment amt.
† = May include up to 2 post-petition payments.
* Co-sign protect on all debts so designated on the filed schedules.
** = Greater of DMI x ACP or EAE

(Page 4 of 4)

Ch13Plan_MD_(DeSardi Version 1/12/10) © LOJTO

### Other Miscellaneous Provisions
Plan to allow for 3 "waivers". Interest on EAE at fed. judgment rate

# CERTIFICATE OF SERVICE

I, Kaelyn McCollum, the undersigned, certifies that a copy of the foregoing **NOTICE TO CREDITORS AND PROPOSED PLAN** was served by automatic electronic noticing upon the following Trustee:

Richard M. Hutson, II
Chapter 13 Trustee

and was also served by first class U.S. mail, postage prepaid, to the following parties at their respective addresses:

**All the creditors set forth on the mailing matrix filing in this case.**

/s Kaelyn McCollum
Kaelyn McCollum

North Carolina Department of Revenue
c/o NC Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

US Attorney's Office (ED)**
310 New Bern Avenue
Suite 800, Federal Building
Raleigh, NC 27601-1461

Child Support Enforcement
Post Office Box 20800
Raleigh, NC 27619-0800

Employment Security Commission
Attn: Benefit Payment Control
Post Office Box 26504
Raleigh, NC 27611-6504

Allied Interstate
Post Office Box 1962
Southgate, MI 48195-1962

Coastal Federal Credit Union **
Post Office Box 58429
Raleigh, NC 27658-8429

Credit Bureau
Post Office Box 26140
Greensboro, NC 27402

Ally
Attn: Managing Agent
Post Office Box 380901
Minneapolis, MN 55438

CrediSolve
PO Box 48439
Minneapolis, MN 55448

NC Child Support
Centralized Collections
Post Office Box 900006
Raleigh, NC 27675-9006

AMO Recoveries
Post Office Box 170800
Milwaukee, WI 53217-8065

Credit Bureau of Greensboro**
Post Office Box 26140
Greensboro, NC 27402-0040

Equifax Information Systems LLC
P.O. Box 740241
Atlanta, GA 30374-0241

Bank of America
Post Office Box 15026
Wilmington, DE 19850-5026

Dell Financial Services
c/o DFS Customer Care Dept.
Post Office Box 81577
Austin, TX 78708-1577

Experian
P.O. Box 2002
Allen, TX 75013-2002

Blackman & Sloop
1414 Raleigh Road, Suite 300
Chapel Hill, NC 27517

Diatome US
PO Box 410
Hatfield, PA 19440

Trans Union Corporation
P.O. Box 2000
Crum Lynne, PA 19022-2000

BP
c/o Chase
Post Office Box 15298
Wilmington, DE 19850-5298

Discover Card***
Post Office Box 30943
Salt Lake City, UT 84130

ChexSystems
Attn: Consumer Relations
7805 Hudson Road, Ste. 100
Woodbury, MN 55125

Brock & Scott PLLC **
5431 Oleander Drive
Suite 200
Wilmington, NC 28403-5835

Durham County Tax Collector
Post Office Box 3397
Durham, NC 27701

Internal Revenue Service (ED)**
Post Office Box 7346
Philadelphia, PA 19101-7346

Capital One ***
Post Office Box 30285
Salt Lake City, UT 84130-0285

Duvera Finacial
POBox 2549
Carlsbad, CA 92018

| | | |
|---|---|---|
| Duvera Financial<br>5620 Paseo Del Norte #127-233<br>Carlsbad, CA 92008 | Heavner Furniture<br>Post Office Box 2346<br>Smithfield, NC 27577 | Olympus America<br>Financial Services Dept 3500<br>Corporate Parkway<br>Center Valley, PA 18034 |
| EBSciences<br>29 Kripes Road, Suite B<br>East Granby, CT 06026 | Identity Theft Clearinghouse<br>Federal Trade Commision<br>600 Pennsylviania Avenue NW<br>Washington, DC 20580 | Olympus Financial Services<br>PO Box 200183<br>Pittsburgh, PA 15251 |
| Edgecombe County Tax Collector<br>Post Office Box 10<br>Tarboro, NC 27886-0010 | Internal Revenue Service (MD)**<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | One Click Cash<br>c/o Internet Cash Avance Marketir<br>2000-1066 West Hastings Street<br>Vancouver, B.C. V6E 3X2 |
| FIA Bankcard Services<br>Post Office Box 15184<br>Wilmington, DE 19850-5184 | Ladco Leasing<br>555 St. Charles Drive, Ste 200<br>Thousand Oaks, CA 91360 | One Click Cash<br>52946 Highway 12, Ste 3<br>Niobrara, NE 68760 |
| Frances G. Marshall<br>8203 Hwy 56<br>Louisburg, NC 27549 | Law Offices of John T. Orcutt<br>6616-203 Six Forks Road<br>Raleigh, NC 27615 | Publishers Clearing House<br>Post Office Box 26302<br>Lehigh Valley, PA 18002-6302 |
| GEMB/Care Credit<br>Post Office Box 103104<br>Roswell, GA 30076 | Lee County Revenue Commissioner<br>215 South 9th Street<br>Opelika, AL 36801 | Quest Diagnostics<br>Post Office Box 3010<br>Southeastern, PA 19398-3010 |
| GEMB/Lowe's<br>Post Office Box 103104<br>Roswell, GA 30076 | Macy's **<br>Bankruptcy Processing<br>P.O. Box 8053<br>Mason, OH 45040 | Randy & Mary Sue Collier<br>PO Box 463<br>Greenville, NC 27835 |
| GMAC<br>Post Office Box 380902<br>Minneapolis, MN 55438 | North Carolina Department of Revenue<br>c/o Reginald S. Hinton<br>Post Office Box 25000<br>Raleigh, NC 27640-5000 | Reader's Digest<br>Post Office Box 9025<br>Buffalo, NY 14269-9025 |
| Green Tree<br>Attn: Managing Agent<br>Manufactured Housing<br>Post Office Box 6172<br>Rapid City, SD 57709-6172 | North Carolina Dept of Revenue**<br>Post Office Box 1168<br>Raleigh, NC 27602-1168 | Rex Healthcare<br>4420 Lake Boone Trail<br>Raleigh, NC 27607 |

SemTech Solutions, Inc.
6 Executive Park Drive
North Billerica, MA 01862

Wells Fargo Mortgage
Attn: Managing Agent
PO Box 10335
Des Moines, IA 50306

Shell Card Center **
P.O. Box 6406
Sioux Falls, SD 57117-6406

WF EFS
PO Box 13667
Sacramento, CA 95853-3667

Star Cash Processing
Address Unknown

State of North Carolina
Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

SunTrust
Recovery Department
Post Office Box 85041
Richmond, VA 23285-5041

Target
c/o Target Credit Services
Post Office Box 1581
Minneapolis, MN 55440-1581

US Attorney's Office (MD)**
Middle District
Post Office Box 1858
Greensboro, NC 27502-1858

US Dept of ED
PO Box 7202
Utica, NY 13504

VWR International
PO Box 2078
West Chester, PA 19380